(December 14, 2015)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HANNAH MCCREA, on Behalf of TERRELL GIBSON, Petitioner, v WARDEN, BROOKLYN HOUSE OF DETENTION, et al., Respondents. [19 NYS3d 911]—Writ of habeas corpus in the nature of an application for bail reduction upon Kings County indictment No. 6984/15.

Adjudged that the writ is sustained, without costs or disbursements, and bail on Kings County indictment No. 6984/15 is reduced from the sum of $5,000 bond or $2,500 cash to the sum of $1,500 which may be posted in the form or an

insurance company bail bond in that sum or by depositing that sum as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $1,500 or has deposited the sum of $1,500 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Balkin, J.P., Dickerson, Miller and Hinds-Radix, JJ., concur.